UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NATURAL RESOURCES DEFENSE
COUNCIL, et al.,

    Plaintiffs,

v.

KIRK C. RODGERS, etc., et al.,

    Defendants.

NO. CIV. S-88-1658 LKK

O R D E R

A Fed. R. Civ. P. 26(f) conference was held in the above-captioned case on April 28, 2005. During that conference, the parties discussed with the court two legal questions: (1) whether Section 5937 preempts the planning mandate of Section 3406(a) of the CVPIA, and (2) what the appropriate scope of the court's remedial authority is under the APA. Based on that discussion, the court hereby ORDERS that:

    1.  The parties are directed to submit their arguments on these two issues according to the following schedule[1]:

---

[1] Plaintiffs represent to the court that these issues have been fully briefed. The parties are encouraged to extract the

1

    a. Plaintiffs are directed to submit a motion covering these issues within ten (10) days of this order;

    b. Defendants must file their opposition within fifteen (15) days of plaintiffs' motion;

    c. Plaintiffs will have ten (10) days to reply; and

    d. A hearing will be set if the court believes it necessary.

IT IS SO ORDERED.

DATED: April 28, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

relevant arguments from previously submitted briefs, if this is indeed the case.

2