UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NATURAL RESOURCES DEFENSE
COUNCIL, et al.,

                                 NO. CIV. S-88-1658 LKK

       Plaintiffs,

                                O R D E R

    v.

KIRK C. RODGERS, etc., et al.,

       Defendants.

_____/

     The court's order dated April 18, 2005 directed the parties to provide "copies of the excerpts of the administrative record cited to in the SUFs and Response SUFs."  The court has not received the copies of the administrative record cited to in the federal defendant's Response SUF.  The federal defendants are directed to file with the court excerpts of record for any documents cited in their response SUF by 4:00 p.m. on June 20, 2005.[1]

_____

    [1] The federal defendants need not include copies for any cases or statutes cited.

1

1    If requested by another party, the federal defendants shall

2 provide a copy of the excerpts within five days of that request.

3 Counsel for the federal defendants is directed to contact Judge

4 Karlton's chambers upon receipt of this order.

5

6    IT IS SO ORDERED.

7    DATED:  June 14, 2005.

8

9

10                          _____
                            MORRISON C. ENGLAND, JR
11                          UNITED STATES DISTRICT JUDGE
                            for LAWRENCE K. KARLTON
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26