UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NATURAL RESOURCES DEFENSE
COUNCIL, et al.,

        Plaintiffs,

   v.

KIRK C. RODGERS, etc., et al.,

        Defendants.

               NO. CIV. S-88-1658 LKK

               O R D E R

On July 19, 2005, the court conducted a telephonic conference with the parties relative to the Friant defendants' counsel's request to submit the NEPA and Reclamation Act claims without oral argument. KATE POOLE, ADAM WOLF and FRED ALTSCHULER appeared as counsel for plaintiffs; GREG WILKINSON and JIM THOMPSON appeared as counsel for the Friant defendants; MARIA IIZUKA appeared as counsel for the Federal defendants.

////

////

////

1

1    At the conference the court CONTINUED oral argument on the
2 NEPA and Reclamation Act claims to August 11, 2005 at 10:00 a.m.
3 in Courtroom No. 4.
4    IT IS SO ORDERED.
5    DATED: July 19, 2005.

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT

2