1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                         EASTERN DISTRICT OF CALIFORNIA

9

10   NATURAL RESOURCES DEFENSE
     COUNCIL, et al.,
11                                              NO. CIV. S-88-1658 LKK
              Plaintiffs,
12                                                 O R D E R
        v.
13

14   KIRK C. RODGERS, etc., et al.,

15            Defendants.
     _____/
16

17        During oral argument on August 11, 2005, the Friant

18   defendants suggested that they had a vested and permanent right

19   to a certain supply of water that was not derived solely from

20   the contracts.  They further stated that it would be

21   inappropriate for this court to review the beneficial use of the

22   water from Friant Dam because of Water Code § 1126 and because

23   those rights are vested and protectable until either the State

24   Water Resources Control Board or the state courts say

25   differently.

26   ////

                                    1

1      They derive this argument from Water Code § 1126(c) stating

2  that:

3          It says that determinations of the Water Board - - the
           Water Board is vested with the authority to make
4          determinations of competing beneficial uses, just as
           it did in D935.  And that is subject to review - -
5          judicial review, and that's by state courts.
                   And that's as it should be because there is an
6          infusion of policy that overlays this which is not an
           appropriate thing for the federal government to be
7          doing on behalf of the state  - - for the federal
           judiciary to be doing on behalf of the state.

8

9      It is not clear to the court exactly what the defendants

10  were referring to, but it appears that it may be significant

11  enough that further briefing is required for clarification.

12      Accordingly the court ORDERS as follows:

13      1.  Friant defendants are directed to SUBMIT to this court

14  and serve on plaintiffs and all other parties, a brief not to

15  exceed 15 pages by August 30, 2005 explaining what was meant at

16  oral argument.  Plaintiffs are granted until September 14, 2005

17  to submit a response not to exceed 25 pages.  The Friant

18  defendants are then granted additional 10 pages upon which to

19  reply by no later than September 28, 2005.  These page ranges

20  are a maximum not a minimum and the court will not consider any

21  arguments made which do not relate to the above-raised issue.

22  ////

23  ////

24  ////

25  ////

26  ////

2

1    2.   The order submitting the issues argued at oral argument

2  is vacated, and the matter will stand submitted upon Friant

3  defendants' filing of their reply brief, unless the court orders

4  further oral argument.

5    IT IS SO ORDERED.

6    DATED:  August 15, 2005.

7
                              /s/Lawrence K. Karlton
8                             LAWRENCE K. KARLTON
                              SENIOR JUDGE
9                             UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26