UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NATURAL RESOURCES DEFENSE
COUNCIL, et al.,

    Plaintiffs,

v.

KIRK C. RODGERS, etc., et al.,

    Defendants.
_____/

NO. CIV. S-88-1658 LKK

<u>O R D E R</u>

Federal defendants' request for leave to file a brief in accordance with this court's August 15, 2005 order is granted. Federal defendants' brief shall be filed concurrently with plaintiffs' response brief on September 14, 2005.

IT IS SO ORDERED.

DATED: August 16, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT