UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NATURAL RESOURCES DEFENSE
COUNCIL, et al.,

      Plaintiffs,

  v.

KIRK C. RODGERS, etc., et al.,

      Defendants.
                                       /

NO. CIV. S-88-1658 LKK

O R D E R

    The State Water Resources Control Board's (SWRCB) request to file an amicus curiae brief in accordance with this court's August 15, 2005 order is GRANTED. In response to concerns raised by the Friant defendants, the court will extend the briefing schedule and page limits as follows:

    1. Plaintiffs, federal defendants, and SWRCB shall SUBMIT their response to the Friant defendants brief on September 21, 2005. The briefs shall not exceed thirty pages.

////

////

1

```
1      2.  The Friant defendants shall SUBMIT their reply on
2 October 12, 2005 and it shall not exceed fifteen pages
3      IT IS SO ORDERED.
4      DATED:  August 24, 2005.
5
                                  /s/Lawrence K. Karlton
6                                 LAWRENCE K. KARLTON
                                  SENIOR JUDGE
7                                 UNITED STATES DISTRICT COURT
```