GREGORY K. WILKINSON, Bar No. 054809
JAMES E. THOMPSON, Bar No. 041598
JENNIFER T. BUCKMAN, Bar No. 179143
BEST BEST & KRIEGER LLP
400 Capitol Mall, Suite 1650
Sacramento, California 95814
E-Mail: gregory.wilkinson@bbklaw.com
E-Mail: james.thompson@bbklaw.com
E-Mail: jennifer.buckman@bbklaw.com
Telephone: (951) 686-1450
Telecopier: (951) 686-3083

Attorneys for Defendants
FRIANT WATER USERS AUTHORITY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

SACRAMENTO DIVISION

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>KIRK RODGERS, as Regional Director for the UNITED STATES BUREAU OF RECLAMATION, et al.,<br><br>　　　　　Defendants.<br>ORANGE COVE IRRIGATION DISTRICT, et al.,<br><br>　　　　　Defendants-Intervenors, | Case No.  CIV-S-88-1658 LKK/GGH<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR SERVICE OF SUPPLEMENTAL REPORTS OF AND MATERIALS OF DR. MICHAEL HANEMANN |

# APPENDIX A

## Additional Counsel of Record

LAW OFFICES OF YOUNG WOOLDRIDGE LLP
Ernest A. Conant, State Bar #089111
Scott K. Kuney, State Bar #111115
The Unocal Plaza
1800 30th Street, 4th Floor
Bakersfield, CA 93301-5298
(661) 327-9661

MINASIAN, SPRUANCE, MEITH,
SOARES & SEXTON, LLP
Michael V. Sexton, State Bar #119354
Jeffrey A. Meith, State Bar #55007
1681 Bird Street
P.O. Box 1679
Oroville, CA 95967
(530) 533-2885

DOOLEY, HERR & PELTZER
Daniel M. Dooley, State Bar #070674
Alex M. Peltzer, State Bar #216443
100 Willow Plaza, Suite 300
Visalia, CA 93291
(559) 636-0200

GREEN, GREEN & RIGBY
Denslow B. Green, State Bar #019672
219 South D. Street
P.O. Box 1019
Madera, CA 93637
(559) 674-5656

BAKER, MANOCK & JENSEN
Douglas B. Jensen, State Bar #40877
5260 N. Palm, Suite 421
Fresno, CA 93704
(559) 432-5400

STOEL RIVES LLP
Michael A. Campos, State Bar #065381
Lee N. Smith, State Bar #138071
770 L Street, Suite 800
Sacramento, CA 95814
(916) 447-0700

Plaintiffs have requested a one-time 48 hour extension of the deadline for serving the Rule 26(a)(2)(B) Supplemental Expert Report and materials of Dr. Michael

Hanemann. Defendant Friant Water Users Authority is willing to grant that extension on condition that the deadline for serving the supplemental report of its economist is similarly extended so that the two reports will be served simultaneously. It is therefore stipulated by and between Counsel as follows:

The deadline for the service of the Rule 26(a)(2)(b) report and materials of Supplemental Expert Michael Hanneman, Ph.D., is hereby extended by 48 hours from September 19, 2005, through September 21, 2005 on condition that the Supplemental Expert Report and materials of Robert McKusick, Ph. D., is likewise extended through September 21, 2005.

Dated: September _____, 2005           BEST BEST & KRIEGER LLP

By: _____
    GREGORY K. WILKINSON
    JAMES E. THOMPSON
    JENNIFER T. BUCKMAN
    Attorneys for Defendants
    FRIANT WATER USERS AUTHORITY

Dated: September _____, 2005           SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____
    PHILIP F. ATKINS-PATTENSON
    Attorneys for Plaintiffs
    NATURAL RESOURCES DEFENSE
    COUNCIL, ET AL.

Dated: September _____, 2005           U.S. DEPT. OF JUSTICE, NATURAL RESOURCES SECTION

By: _____
    DAVID B. GLAZER
    Attorneys for Defendants
    Federal Defendants

## **ORDER**

It is so ordered.

Dated: 9/22/05

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
United States Magistrate Judge

nrdc1658.ord3