IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATURAL RESOURCES DEFENSE
COUNSEL, INC., et al.,

        Plaintiffs,                No. CIV S-88-1658 LKK GGH
    vs.

KIRK RODGERS, et al.,

        Defendants.             <u>ORDER</u>
_____/

        On September 26, 2005, Friant defendants filed a request for clarification of this court's September 16, 2005 order.

        Accordingly, IT IS ORDERED that plaintiffs may file a response by October 3, 2005. No reply will be permitted.

DATED: 9/27/05

                                        /s/ Gregory G. Hollows
                                        _____
                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:076
NRDC1658.rec