UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NATURAL RESOURCES DEFENSE
COUNCIL, et al.,

          Plaintiffs,

   v.

KIRK C. RODGERS, etc., et al.,

          Defendants.
_____/

CIV. NO. S-88-1658 LKK/GGH

NATURAL RESOURCES DEFENSE
COUNCIL, et al.,

          Plaintiffs,

   v.

GALE A. NORTON, etc., et al.,

          Defendants.
_____/

CIV. NO. F-05-1207 OWW/LJO

NON-RELATED CASE ORDER

    The court is in receipt of a Notice of Related Cases filed by the plaintiffs in the above-captioned cases. Plaintiffs seek to relate N.R.D.C. v. Norton, et al., N.D. Cal. No. Civ 05-000690,

1  transferred by Judge Wilken to Judge Wanger, to the above-
2  captioned case.  Under the Local Rules of this court, the judge
3  with the lowest case number will resolve the propriety of relating
4  a case.  In the instant matter, my case carries the lowest number.
5      I have consulted with Judge Wanger, and we have concluded
6  that, under the Local Rule's standards, the case is properly
7  related to both my case and Judge Wanger's case.  Nonetheless, it
8  is our joint judgement that the purposes of relation are best
9  served by leaving the case with Judge Wanger.  Accordingly, the
10 court will not relate the case to <u>N.R.D.C. v. Rogers, et al.</u>, No.
11 Civ. S-88-1658 LKK.
12     IT IS SO ORDERED.
13     DATED:  September 28, 2005.

                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT