GREGORY K. WILKINSON, Bar No. 054809
JAMES E. THOMPSON, Bar No. 041598
JENNIFER T. BUCKMAN, Bar No. 179143
BEST BEST & KRIEGER LLP
400 Capitol Mall, Suite 1650
Sacramento, CA  95814
Telephone: (916) 325-4000
Telecopier: (916) 325-4010
E-Mail:  gregory.wilkinson@bbklaw.com
E-Mail:  james.thompson@bbklaw.com
E-Mail:  jennifer.buckman@bbklaw.com

Attorneys for Friant Defendants

[Counsel of record listed on Appendix A]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>KIRK RODGERS, a Regional Director of the UNITED STATES BUREAU OF RECLAMATION, et al.,<br><br>         Defendants. | Case No.  S-88-1658-LKK/GGH<br><br>**STIPULATION AND ORDER REGARDING SUBPOENA FOR DOCUMENTS IN A CIVIL CASE SERVED UPON THE CALIFORNIA DEPARTMENT OF WATER RESOURCES AND THE STATE RECLAMATION BOARD, NON PARTIES**<br><br>Judge:     Hon. Lawrence K. Karlton |
| ORANGE COVE IRRIGATION DISTRICT, et al.,<br><br>         Defendants-Intervenors. | |

The California Department of Water Resources and the State Reclamation Board (collectively, the "State Agencies") and Defendant Friant Water Users Authority ("Friant") hereby stipulate as follows:

1. Friant has served subpoenas duces tecum on the State Agencies in the case of *Natural Resources Defense Council v. Rodgers*, CIV–S-88- 1658 LKK/GGH. The State Agencies are not parties to the litigation.

2. The State Agencies have expressed concern that the volume of documents potentially responsive to the subpoenas is extensive. The State Agencies have therefore asked, and Friant has agreed, to attempt to narrow the scope of the document requests. Friant and the State Agencies have agreed that their counsel will meet next week to accomplish this task.

3. Friant and the State Agencies have agreed that the time for the State Agencies to respond to the subpoenas shall be extended and the State Agencies do not have to respond to the subpoenas by the dates indicated on the documents. Friant and the State Agencies have agreed that a new response date will be set after counsel meet and confer next week. Friant will make a reasonable attempt to accommodate the State Agencies' request for more time, within the constraints imposed by the December discovery cutoff dates.

4. The parties agree that the State Agencies' time for objecting to the subpoenas, pursuant to Federal Rule of Civil Procedure 45(c)(2)(B), is likewise extended.

Dated:_____

                          BEST BEST & KRIEGER

                          By: /s/ Jennifer T. Buckman
                              Jennifer T. Buckman
                              Attorneys for Friant Defendants

Dated:_____

           BILL LOCKYER, Attorney General
           of the State of California

           By: /s/ Anita E. Ruud
           Anita E. Ruud
           Deputy Attorney General
           Attorneys for California Department of
           Water Resources and the State Reclamation
           Board

IT IS SO ORDERED.

Dated: 10/20/05

           /s/ Gregory G. Hollows
           _____

           Honorable Gregory G. Hollows
           United States Magistrate Judge

nrdc1658.ord