1  HAMILTON CANDEE (SBN 111376)
2  JARED W. HUFFMAN (SBN 148669)
   KATHERINE S. POOLE (SBN 195010)
3  MICHAEL E. WALL (SBN 170238)
   NATURAL RESOURCES DEFENSE COUNCIL
4  111 Sutter Street, 20th Floor
5  San Francisco, CA  94104
   Tel: (415) 875-6100;  Fax: (415) 875-6161
6  Attorneys for Plaintiffs NRDC *et al.*

7  PHILIP F. ATKINS-PATTENSON (SBN 94901)
8  SHEPPARD MULLIN RICHTER & HAMPTON, LLP
   4 Embarcadero Center, Suite 1700
9  San Francisco, CA  94111
10 Tel: (415) 434-9100;  Fax: (415) 434-3947
   Attorneys for Plaintiffs

11
   FRED H. ALTSHULER  (SBN 43878)
12 ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
13 177 Post Street, Suite 300
   San Francisco, CA  94108
14 Tel: (415) 421-7151; Fax: (415) 362-8064
   Attorneys for Plaintiff NRDC
15

16 [ADDITIONAL COUNSEL ON SIGNATURE PAGE]

17           **UNITED STATES DISTRICT COURT**
18        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

19 NATURAL RESOURCES DEFENSE COUNCIL, *et al.*,  )  Case No.
                                                  )  CIV-S-88-1658 LKK/GGH
20           Plaintiffs,                           )
                                                  )  **STIPULATION RE**
21      v.                                         )  **CONFIDENTIALITY FOR**
                                                  )  **DISCUSSIONS WITH SELECTED**
22                                                 )  **EXPERTS RE SETTLEMENT**
   KIRK RODGERS, as Regional Director of the      )
23 UNITED STATES BUREAU OF RECLAMATION,           )
   *et al.*                                        )
24                                                 )
           Defendants,                             )
25 _____            )
                                                  )
26 ORANGE COVE IRRIGATION DISTRICT, *et al.*,      )
                                                  )
27         Defendants-Intervenors.                 )
                                                  )
28 _____            )

Stipulation re Confidentialty with Selected Witnesses re Settlement
Case No. Civ-S-88-1658 LKK/GGH
SACRAMENTO\JET\27346.1

Plaintiffs Natural Resources Defense Council, *et al.* ("Plaintiffs"), defendants Kirk Rogers, *et al.* (the "Federal Defendants") and Orange Cove Irrigation District, *et al.* (the "Friant Defendants") (collectively, "the Parties"), by and through respective attorneys of record, hereby stipulate and agree as follows:

1.      Pursuant to the Court's Discovery Plan Order and Schedule and Rule 26 of the Federal Rules of Civil Procedure, the Parties have designated expert witnesses and are engaged in the preparation for depositions of expert witnesses.

2.      Plaintiffs and the Friant Defendants have engaged in preliminary discussions regarding the potential settlement of this matter.  The Federal Defendants may join such discussions at some point in the future.

3.      To proceed further with such settlement discussion, Plaintiffs and the Friant Defendants believe it is necessary to discuss certain issues with certain of their respective designated expert witnesses.  Although not yet parties to these discussions, the Federal Defendants may have similar concerns should they participate in such discussions in the future.

4.      To enable such discussions to take place, and not to have such discussions become the subject of discovery or other disclosure or put to any other evidentiary use in this case or any other proceeding, the Parties agree as follows:

(a)      Discussions and the exchange of information between the Parties (including their counsel and agents) and the designated expert witnesses identified in Paragraph 4(b) below (including communications between the designated expert witnesses among themselves) shall be deemed to be privileged and confidential to the same extent as if the attorney-client privilege and work product doctrine applied to such communications and notwithstanding any other statutory and decisional law to the contrary; and

Stipulation re Confidentialty with Selected Witnesses re Settlement                                    1
Case No. Civ-S-88-1658 LKK/GGH
SACRAMENTO\JET\27346.1

(b)     The protections against disclosure provided by this Stipulation, as provided herein, shall apply only to communications relating directly to settlement negotiations which occur on or after October 6, 2005 and prior to the conclusion of the remedy trial of this matter, unless this Stipulation is terminated earlier in accordance with terms hereof, and involve the following designated expert witnesses:  Dr. Peter Moyle, Dr. Mathias Kondolf, Dr. Charles Hanson, Dr. Michael Harvey, Edward Donahue, Peter Hradelik, Daniel Steiner, and other witnesses as specifically agreed to in advance by the Parties, including expert witnesses designated by the Federal Defendants.

5.     This Stipulation may be terminated by any Party hereto after the expiration of five (5) days advance written notice thereof to the attorneys of record for each Party hereto.  In such event, the protections of this Stipulation shall still apply to communications occurring prior to the effective date of termination, and the termination shall be effective only as to the Party giving notice of termination.

6.     This Court shall have exclusive jurisdiction to enforce this Stipulation.

7.     In any proceeding to enforce this Stipulation, the prevailing party shall be entitled to recover its costs, including reasonable attorneys' fees except, as to the Federal Defendants, only to the extent provided by applicable law.

**SIGNATURES ON FOLLOWING PAGE**

///

///

///

///

///

Dated: October 17, 2005                        SHEPPARD MULLIN RICHTER & HAMPTON, LLP

By: _____

Stipulation re Confidentialty with Selected Witnesses re Settlement                    2
Case No. Civ-S-88-1658 LKK/GGH
SACRAMENTO\JET\27346.1

1

2

PHILIP F. ATKINS-PATTENSON
Attorney for Plaintiffs

3  Dated: October _17_, 2005

BEST BEST & KRIEGER LLP

4

By: _____

5

GREGORY K. WILKINSON
Attorney for Friant Defendants

6

7  Dated: October _17_, 2005

U.S. DEPT. OF JUSTICE

8

By: _____

9

DAVID B. GLAZER
Attorney for Federal Defendants

10

11

12

13

IT IS SO ORDERED. *

14  OCT 2 0 2005

15

GREGORY G. HOLLOWS

16

GREGORY G. HOLLOWS
United States Magistrate Judge

17

18  *  The undersigned understands in signing this order that (a) evidence
(written or verbal) constituting communications between the parties

19  regarding settlement, (b) informational evidence created for the
purpose of settlement communications/negotiations, or (c) evidence of

20  memorializations of settlement communications/negotiations, are
intended to be encompassed and made privileged by this order.  The

21  undersigned does not understand that the parties intended to make
privileged, previously unprivileged evidence, simply because it was

22  used in settlement negotiations.  However, the manner of its use in

23  settlement negotiations would be encompassed by this order.

24

25

26

27

28

Stipulation re Confidentialty with Selected Witnesses re Settlement
Case No. Civ-S-88-1658 LKK/GGH
SACRAMENTO\JET\27346.1

3