GREGORY K. WILKINSON, Bar No. 054809
JAMES E. THOMPSON, Bar No. 041598
JENNIFER T. BUCKMAN, Bar No. 179143
Best Best & Krieger LLP
400 Capitol Mall, Suite 1650
Sacramento, CA  95814
Telephone: (916) 325-4000
Telecopier: (916) 325-4010
E-Mail:  gregory.wilkinson@bbklaw.com
E-Mail:  james.thompson@bbklaw.com
E-Mail:  jennifer.buckman@bbklaw.com

Attorneys for Friant Defendants

[Counsel of record listed on Appendix A]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>KIRK RODGERS, a Regional Director of the UNITED STATES BUREAU OF RECLAMATION, et al.,<br><br>        Defendants. | Case No.  S-88-1658-LKK/GGH<br><br>**STIPULATION REGARDING SUBPOENA FOR DOCUMENTS IN A CIVIL CASE SERVED UPON NON-PARTY THE CALIFORNIA DEPARTMENT OF FISH & GAME; ORDER**<br><br><br>Judge:     Hon. Gregory G. Hollows |
| ORANGE COVE IRRIGATION DISTRICT, et al.,<br><br>        Defendants-Intervenors. | |

The California Department of Fish and Game ("Department") and Defendant Friant Water Users Authority ("Friant") hereby stipulate as follows:

1.      Friant has served a subpoena duces tecum on the Department in the case of *Natural Resources Defense Council v. Rodgers*, CIV–S-88- 1658 LKK/GGH.  The Department is not a party to the litigation.

2.      The Department has expressed concern that the volume of documents potentially responsive to the subpoenas is extensive.  The Department has therefore asked, and Friant has agreed, to attempt to narrow the scope of the document requests. Friant and the Department have agreed that their counsel will meet to accomplish this task.

3.      Friant and the Department have agreed that the time for the Department to respond to the subpoena shall be extended and the Department does not have to respond to the subpoena by the dates indicated on the documents.  Friant and the Department have agreed that a new response date will be set after counsel meet and confer.  Friant will make a reasonable attempt to accommodate the Department's request for more time, within the constraints imposed by the December discovery cutoff dates.

4.      The parties agree that the Department's time for objecting to the subpoena, pursuant to Federal Rule of Civil Procedure 45(c)(2)(B), filing a motion for protective order pursuant to Federal Rule of Civil Procedure 26(b), or filing a motion to quash or modify the subpoena pursuant to Federal Rule of Civil Procedure 45(c)(3)(A) is likewise extended.

Dated:  October 26, 2005

                                        BEST BEST & KRIEGER


                                        By:  /s/ Jennifer T. Buckman
                                              Jennifer T. Buckman
                                              Attorneys for Friant Defendants

Dated:  October 26, 2005

                                                   BILL LOCKYER, Attorney General
                                                   of the State of California

                                                 By: _/s/ Gary Tavetian_
                                                   Gary Tavetian, Deputy Attorney General
                                                 Attorneys for California Department of
                                                 Fish and Game

IT IS SO ORDERED.


Dated: 11/01/05

                                                 /s/ Gregory G. Hollows
                                            _____
                                               Honorable Gregory G. Hollows
                                               United States Magistrate Judge

NRDC1658.ord4