IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATURAL RESOURCES DEFENSE
COUNSEL, INC., et al.,

      Plaintiffs,             No. CIV S-88-1658 LKK GGH

  vs.

KIRK RODGERS, et al.,

      Defendants.           <u>ORDER</u>

        Presently pending on this court's law and motion calendar for December 1, 2005, is plaintiffs' motion to compel production or to exclude expert witnesses as a sanction, filed November 8, 2005. It is debatable whether this motion may be construed as an exception to the required joint statement under E.D. Local Rule 37-251(e); however, this court will construe it as such. Therefore, a joint statement will not be required. Instead, the following briefing schedule will apply.

\\\\\

\\\\\

\\\\\

\\\\\

\\\\\

1

Accordingly, IT IS ORDERED that:

1. Friant shall file an opposition to the motion by November 17, 2005.

2. Plaintiffs may file a reply by November 23, 2005.

DATED: 11/9/05

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:076
NRDC1658.mtn