1  KELLY A. JOHNSON
   Acting Assistant Attorney General
2  Environment & Natural Resources Division
   United States Department of Justice
3  STEPHEN M. MACFARLANE (NY 2456440; D.C. 439139)
   Natural Resources Section
4  Environment & Natural Resources Division
   United States Department of Justice
5  501 "I" Street, Suite 9-700
   Sacramento, California  95814
6  TEL:   (916) 930-2204
   FAX:   (916) 930-2210
7  DAVID B. GLAZER (D.C. 400966)
   Natural Resources Section
8  Environment & Natural Resources Division
   United States Department of Justice
9  301 Howard Street, Suite 1050
   San Francisco, California  94105
10 TEL:   (415) 744–6491
   FAX:   (415) 744-6476
11 JAMES A. MAYSONETT (D.C. 463856)
   Wildlife & Marine Resources Section
12 Environment & Natural Resources Division
   United States Department of Justice
13 601 "D" Street, N.W., Third Floor
   Washington, D.C.  20004
14 TEL:   (202) 305-0216
   FAX:   (202) 305-0275

16 Attorneys for Federal Defendants

17                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
18                         SACRAMENTO DIVISION

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., *et al.* | CV-S-88-1658 LKK/GGH |
| Plaintiffs, | STIPULATION OF THE PARTIES AND PROTECTIVE ORDER GOVERNING CONFIDENTIALITY OF SETTLEMENT NEGOTIATIONS AND DOCUMENTS AND INFORMATION EXCHANGED |
| v. | |
| KIRK RODGERS, Regional Director, UNITED STATES BUREAU OF RECLAMATION, *et al.*, | |
| Defendants, | |
| ORANGE COVE IRRIGATION DISTRICT, *et al.*, | Date:  N/A<br>Time:  N/A |
| Defendants-Intervenors. | Hon. Gregory G. Hollows |

Stipulation and [Proposed] Protective Order re:  Settlement Negotiations

1  WHEREAS the Parties to this Stipulation and Order governing the confidentiality of
2  settlement negotiations and documents and information exchanged therein ("Stipulation and
3  Order") have been engaged in intensive and good faith settlement talks and desire to continue to
4  work towards a negotiated resolution of this matter, and
5  WHEREAS the Parties agree that it is necessary that the confidentiality of certain
6  documents, communications, and other information exchanged in the course of such negotiations
7  be maintained in order to allow the Parties to successfully pursue settlement,
8  It is THEREFORE stipulated by the Parties that the Court should enter the following
9  ORDER:
10  1.  All documents, communications, and other information exchanged by the Parties
11  to the settlement negotiations that commenced on November 14, 2005, are hereby to be
12  maintained as confidential and shall not be disclosed to any non-party to this case, until further
13  Order of this Court, except by mutual agreement of the Parties hereto.  Each of the undersigned
14  Parties may disclose any such documents, communications, and other information to their
15  officers, employees, retained consultants, and expert witnesses, as necessary and appropriate to
16  further such settlement negotiations.
17  2.  No party to this Stipulation and Order may use any documents, communications,
18  or other information, as described above, for any purpose other than the furtherance of the
19  settlement negotiations described herein.
20  3.  Nothing in this Stipulation and Order prevents the disclosure or use of documents,
21  communications, or other information obtained outside of the settlement negotiations described
22  herein, solely because such material may also have been exchanged during the settlement
23  negotiations.
24
25  SO STIPULATED:                    For Plaintiffs
26  Dated:  November 15, 2005         /s/Hamilton Candee
                                      Hamilton Candee
27                                    Natural Resources Defense Counsel
                                      111 Sutter Street, 20th Floor
28                                    San Francisco, California  94104

```
                                    TEL:   (415) 875-6100
                                    FAX:   (415) 875-6161
                                    Email:  hcandee@nrdc.org


                                    For the Federal Defendants

Dated:  November 15, 2005           /s/David B. Glazer
                                    David B. Glazer
                                    Environment & Natural Resources Division
                                    Natural Resources Section
                                    United States Department of Justice
                                    301 Howard Street, Suite 1050
                                    San Francisco, California  94105
                                    TEL:   (415) 744–6491
                                    FAX:   (415) 744-6476
                                    Email: david.glazer@usdoj.gov


                                    For the Friant Water Users Authority

Dated:  November 15, 2005           /s/Daniel M. Dooley
                                    Daniel M. Dooley
                                    Dooley, Herr & Peltzer, LLP
                                    100 Willow Plaza, Suite 300
                                    Visalia, California  93291
                                    TEL:   (559) 636-0200
                                    FAX:   (559) 636-9759
                                    Email:  ddooley@dhlaw.net
```

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/18/05                     /s/ Gregory G. Hollows

                                    _____
                                    HON. GREGORY G. HOLLOWS
                                    United States Magistrate Judge

nrdc.po