UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NATURAL RESOURCES DEFENSE
COUNCIL, et al.,

      Plaintiffs,

  v.

KIRK C. RODGERS, etc., et al.,

      Defendants.
_____/

NO. CIV. S-88-1658 LKK

O R D E R

    A Status Conference was held in the above-captioned case on November 30, 2005.  HAMILTON CANDEE, KATHERINE POOLE and PHILIP ATKINS-PATTENSON appeared as counsel for plaintiffs; GREG WILKINSON, JAMES THOMPSON and JENNIFER BUCKMAN appeared as counsel for the Friant defendants; DAVID GLAZIER and STEPHEN MacFARLANE appeared as counsel for the federal defendants.

    At the hearing, the court ORDERED as follows:

    1.  A Status Conference is now SET for January 6, 2006 at 10:00 a.m. in Courtroom No. 4;

////

1

1      2.   The parties shall file a joint status report not later
2 than January 4, 2006;
3      3.   All dates heretofore set are VACATED;
4      4.   All proceedings are STAYED pending the further Status
5 Conference.
6      IT IS SO ORDERED.
7      DATED:  November 30, 2005.

                                    /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

2