UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NATURAL RESOURCES DEFENSE
COUNCIL, et al.,

      Plaintiffs,

  v.

KIRK C. RODGERS, etc., et al.,

      Defendants.
_____/

NO. CIV. S-88-1658 LKK

O R D E R

    The Status Conference currently set for January 6, 2006 is hereby CONTINUED to February 7, 2006 at 1:30 p.m. in Courtroom No. 4. The parties shall file a joint status report not later than February 3, 2006 at 4:00 p.m.

    IT IS SO ORDERED.

    DATED: January 5, 2006.

                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT