UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NATURAL RESOURCES DEFENSE
COUNCIL, et al.,

    Plaintiffs,

v.

KIRK C. RODGERS, etc., et al.,

    Defendants.
_____/

NO. CIV. S-88-1658 LKK

O R D E R

    The Status Conference currently set for February 7, 2006 is hereby CONTINUED to March 7, 2006 at 1:30 p.m. in Courtroom No. 4. The parties shall file a joint status report not later than March 3, 2006 at 4:00 p.m. Should the parties request a further extension, the March 7, 2006 Status Conference will be held to determine if the request is appropriate.

    IT IS SO ORDERED.

    DATED: February 6, 2006.

                       /s/Lawrence K. Karlton
                       LAWRENCE K. KARLTON
                       SENIOR JUDGE
                       UNITED STATES DISTRICT COURT