UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NATURAL RESOURCES DEFENSE
COUNCIL, et al.,

       Plaintiffs,

   v.

KIRK C. RODGERS, etc., et al.,

       Defendants.
_____/

NO. CIV. S-88-1658 LKK

O R D E R

At the request of the parties, trial in the above-captioned case has been vacated and the matter has been continued for further Status Conference pending current settlement discussions. Accordingly, the cross-motions for summary judgment on NEPA and the Reclamation Act are hereby WITHDRAWN from submission and DENIED without prejudice.

////
////
////

1

1  Should settlement negotiations be unsuccessful, the court
2  will take the motions back under submission at that time.
3  IT IS SO ORDERED.
4  DATED: February 8, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2