UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NATURAL RESOURCES DEFENSE
COUNCIL, et al.,

       Plaintiffs,

   v.

KIRK C. RODGERS, etc., et al.,

       Defendants.
_____/

NO. CIV. S-88-1658 LKK

O R D E R

    The Status Conference currently set for March 7, 2006 at 1:30 p.m. is CONTINUED to April 11, 2006 at 1:30 p.m. in Courtroom No. 4.  The parties shall file a joint status report not later than April 7, 2006 at 4:00 p.m.

    IT IS SO ORDERED.

    DATED: March 6, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT