UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NATURAL RESOURCES DEFENSE
COUNCIL, et al.,

    Plaintiffs,

  v.

KIRK C. RODGERS, etc., et al.,

    Defendants.
_____/

NO. CIV. S-88-1658 LKK

O R D E R

    A Status Conference was held in the above-captioned case on April 11, 2006. At that hearing, the court ORDERED as follows:

    1. A further Status Conference is SET for June 19, 2006 at 1:30 p.m. in Courtroom No. 4; and

    2. The parties shall file a joint status report not later than June 15, 2006 at 4:00 p.m.

    IT IS SO ORDERED.

    DATED: April 18, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT