UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NATURAL RESOURCES DEFENSE COUNCIL, et al.,

      Plaintiffs,

  v.

KIRK C. RODGERS, etc., et al.,

      Defendants.
_____/

NO. CIV. S-88-1658 LKK

O R D E R

A Status Conference was held in the above-captioned case on June 19, 2006. As a result of that discussion, the court hereby ORDERS that the parties submit a joint report no later than June 30, 2006 at 4:00 p.m., which sets forth the parties' progress as to settlement discussions, including any discussions with state representatives. An order shall issue if a further Status Conference is required.

IT IS SO ORDERED.

DATED: June 20, 2006.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT