UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NATURAL RESOURCES DEFENSE
COUNCIL, et al.,

        Plaintiffs,

   v.

KIRK C. RODGERS, etc., et al.,

        Defendants.
                                              /

NO. CIV. S-88-1658 LKK

O R D E R

      The court is in receipt of several motions related to the filing of amicus briefs in the above-captioned case. The court addresses each motion in turn.

      First, on September 25, 2006, the South San Joaquin Irrigation District, Oakland Irrigation District, Modesto Irrigation District, Turlock Irrigation District, and Merced Irrigation District (the "Irrigation Districts") filed a motion for an extension of time to file their amicus brief by October 13, 2006. Previously, on August 15, 2005, the court granted leave to file an amicus brief within fifteen days from the lodging of a settlement by the parties. The settling parties do

not oppose an extension of time but request that the Irrigation Districts submit their amicus brief by no later than October 6, 2006, which is the day that an opposition to the settling parties' motion to enter is due.

Second, on September 8, 2006, Public Citizens, Bowles Farming company, Inc., the Nickel Family LLC d/b/a San Juan Ranch, Wolfsen, Inc., the Forbes, Yore & McGinn Corp. a/k/a McNamara Farms, and Carolyn Butts (collectively, the "Reach 4B Landowners") filed a motion for leave to file an amicus brief. Likewise, on September 14, 2006, the San Joaquin River Exchange Contractors Water Authority ("Exchange Contractors") filed a motion for leave to file an amicus brief.  Both requested fifteen days from the lodging of the settlement in which to file their briefs.  On September 15, 2006, the settling parties responded that they do not oppose either motion in principle. Subsequently, on September 26, 2006, the Ranch 4B Landowners filed an amended motion, in which they attached the amici brief for which they sought leave to file.

Finally, on September 26, 2006, the Lower San Joaquin Levee District ("Levee District") filed a motion for leave to file an amicus brief.  The Levee District also requested fifteen days from the lodging of the settlement in which to do so.

Good cause having been shown, the court orders as follows:

1. The Irrigation Districts' motion for an extension of time to file their amicus brief is hereby GRANTED. Amici shall file their brief by October 6, 2006.

1    2.   The Exchange Contractors' motion for leave to file an
2         amicus brief is hereby GRANTED.  Amici shall file
3         their brief by October 6, 2006.  The hearing set for
4         October 23, 2006, at 10:00 a.m. is VACATED.
5    3.   The Reach 4B Landowners' motion for leave to file an
6         amicus brief is hereby GRANTED.  Amici shall file
7         their brief by October 6, 2006.  The hearing set for
8         October 10, 2006, at 10:00 a.m. is hereby VACATED.
9    4.   The Levee Districts' motion for leave to file an
10        amicus is hereby GRANTED.  Amici shall file their
11        brief by October 6, 2006.  The hearing set for October
12        23, 2006, at 10:00 a.m. is hereby VACATED.
13   IT IS SO ORDERED.
14   DATED:  September 27, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3