1  HAMILTON CANDEE (SBN 111376)
2  JARED W. HUFFMAN (SBN 148669)
   KATHERINE S. POOLE (SBN 195010)
3  MICHAEL E. WALL (SBN 170238)
   NATURAL RESOURCES DEFENSE COUNCIL
4  111 Sutter Street, 20th Floor
   San Francisco, CA 94104
5  Tel: (415) 875-6100; Fax: (415) 875-6161
6  Attorneys for Plaintiffs NRDC et al.

7  PHILIP F. ATKINS-PATTENSON (SBN 94901)
8  SHEPPARD MULLIN RICHTER & HAMPTON, LLP
   4 Embarcadero Center, Suite 1700
9  San Francisco, CA 94111
   Tel: (415) 434-9100; Fax: (415) 434-3947
10 Attorneys for Plaintiffs NRDC et al.

11
   FRED H. ALTSHULER (SBN 43878)
12 SCOTT L. SHUCHART, *pro hac vice* (NY 4345617)
13 ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
   177 Post Street, Suite 300
14 San Francisco, CA 94108
   Tel: (415) 421-7151; Fax: (415) 362-8064
15 Attorneys for Plaintiff NRDC

16

17            UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF CALIFORNIA
18

19 NATURAL RESOURCES DEFENSE COUNCIL, et al.,    ) Case No.
                                                  ) CIV-S-88-1658 LKK/GGH
20         Plaintiffs,                            )
                                                  ) [PROPOSED] LKK
21         v.                                     ) ORDER APPROVING
                                                  ) STIPULATION OF SETTLEMENT
22                                                )
   KIRK RODGERS, as Regional Director of the      )
23 UNITED STATES BUREAU OF RECLAMATION,           )
   et al.                                         )
24                                                )
           Defendants,                            )
25 _____)
                                                  )
26                                                )
   ORANGE COVE IRRIGATION DISTRICT, et al.,       )
27                                                )
           Defendants-Intervenors.                )
28 _____)

Case No. Civ-S-88-1658 LKK/GGH

1    Plaintiffs NRDC, et al. ("Plaintiffs"), defendants Kirk Rodgers, et al. (the "Federal
2 Defendants"), and defendants-intervenors Orange Cove Irrigation District, et al. (the "Friant
3 Defendants") have jointly requested approval by this Court of a proposed settlement of this litigation
4 on the terms and conditions set forth in the Stipulation of Settlement (including Exhibits A – F thereto,
5 which are incorporated by reference as part of the Stipulation of Settlement). The Court, which has
6 presided over this complex case for the past 18 years and is intimately familiar with the issues and the
7 parties' positions with respect thereto, has carefully reviewed the Stipulation of Settlement, and the
8 arguments of counsel for the parties.

9    Accordingly,

10   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Stipulation of
11 Settlement, attached hereto as Exhibit 1 and incorporated herein by reference, be and hereby is
12 approved.

13   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all obligations set
14 forth in the Stipulation of Settlement shall be performed in accordance with the terms of the
15 Stipulation of Settlement.

16   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Court shall
17 retain jurisdiction, as provided in the Stipulation of Settlement, for purposes of resolving disputes that
18 may arise in connection with the interpretation of the Stipulation of Settlement or the implementation
19 of the settlement. This Court's continuing jurisdiction shall continue until the later of (i) July 1, 2026,
20 or (ii) a motion is brought pursuant to Paragraph 20 of the Stipulation of Settlement, and the matter is
21 finally resolved as provided therein. In the event that a party exercises its right under Paragraph 8 of
22 the Stipulation of Settlement prior to that date to declare the settlement provided therein void, the
23 Judgment shall be vacated, and the Court will convene a Status Conference.

24   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Plaintiffs and
25 the Friant Defendants are directed to meet and confer concerning the selection of the Restoration
26 Administrator, as provided in the Stipulation of Settlement and Exhibit D thereto, and to submit a
27 Proposed Order Appointing Restoration Administrator to the Court for approval as provided in the
28 Stipulation of Settlement and Exhibit D thereto.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the parties shall attempt to negotiate an award of Plaintiffs' reasonable attorneys' fees and costs as provided in Paragraph 45 of the Stipulation of Settlement. To facilitate such negotiations, and notwithstanding the time limit of Local Rule 54-292(b), Plaintiffs may file a Notice of Motion and Motion for Attorneys' Fees and Costs within 30 days of the entry of the Judgment in this action in order to meet the timeliness requirements of 28 U.S.C. § 2412(d)(1)(B) and Local Rule 54-293; provided, however, within 60 days thereafter, if agreement has not been reached among the parties as to Plaintiffs' Motion for Fees and Costs, then Plaintiffs shall file a brief and supporting materials addressing the remaining requirements for a motion for attorneys' fees and costs as provided in Local Rules 54-293 and 54-292. The Federal Defendants and Friant Defendants may have 30 days following service of Plaintiffs' brief and supporting materials to file papers in opposition, in whole or in part, to Plaintiffs' Motion for Fees and Costs. Plaintiffs may file reply papers within 14 days of service of any opposition papers. Any amount of Plaintiffs' attorneys' fees and costs not resolved by negotiations among the parties shall be determined by the Court through a separate Order on Plaintiffs' Motion.

DATED: 10/23/06

THE HONORABLE LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE

Case No. Civ-S-88-1658 LKK/GGH                    2