UNITED STATES DISTRICT COURT

EASTERN DISTRICT

SACRAMENTO DIVISION

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>KIRK RODGERS, as Regional Director of the UNITED STATES BUREAU OF RECLAMATION, et al.,<br><br>    Defendants. | Case No.  S-88-1658-LKK/GGH<br>Judge:  Hon. Lawrence K. Karlton<br><br>**ORDER APPOINTING RESTORATION ADMINISTRATOR** |
| ORANGE COVE IRRIGATION DISTRICT, et al.,<br><br>    Defendants-Intervenors. | |

Plaintiffs Natural Resources Defense Council, *et al.* ("Plaintiffs") and Defendants-Intervenors Orange Cove Irrigation District, *et al.* (the "Friant Defendants") have filed a joint motion requesting that the Court appoint a Restoration Administrator as provided in Paragraphs 17 and 18 of the Stipulation of Settlement and Exhibit D thereto (the "Settlement") approved by the Court on October 23, 2006.  Ms. Ane D. Deister, principal in Brown and Caldwell, a consulting firm in Sacramento, California, has been selected by the Plaintiffs and the Friant Defendants pursuant to the provisions of the Settlement, including Exhibit D thereto, to be the Restoration Administrator and Ms. Deister has agreed to serve as the Restoration Administrator under the terms and conditions set out in the Settlement.   The joint motion is unopposed by the Federal Defendants.

Having considered the joint motion and the supporting papers, and good cause appearing therefor,

IT IS HEREBY ORDERED that Ane D. Deister is appointed as the Restoration Administrator under the terms and conditions of the Settlement.

DATED:  January 10, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

- 1 -

[PROPOSED] ORDER APPOINTING RESTORATION ADMINISTRATOR