JACQUELINE L. McDONALD, Bar No. 226803
SOMACH SIMMONS & DUNN
8050 North Palm Avenue, Suite 300
Fresno, CA 93711
Telephone: (559) 432-7553
Facsimile: (559) 432-7566
E-Mail: jmcdonald@somachlaw.com

Attorneys for Saucelito Irrigation District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>KIRK RODGERS, a Regional Director of the UNITED STATES BUREAU OF RECLAMATION, et al.,<br><br>    Defendants. | Case No.  S-88-01658-LKK/GGH<br><br>Judge: Hon. Lawrence K. Karlton<br><br>**SUBSTITUTION OF ATTORNEYS**<br><br>[Local Rule 83-182(g)] |
| ORANGE COVE IRRIGATION DISTRICT, et al.,<br><br>    Defendants-Intervenors. | |

////

////

////

////

-1-

*NRDC v. Rodgers*
USDC Eastern District Case No: S-88-1658-LKK-GGH

SUBSTITUTION OF ATTORNEYS

PLEASE TAKE NOTICE of the entry of appearance in the above-captioned case of the law firm of Somach Simmons & Dunn by and through Jacqueline L. McDonald, as counsel of record on behalf of Saucelito Irrigation District. Ms. McDonald's address, telephone number, fax number, and e-mail address are:

> Jacqueline L. McDonald, SBN: 226803
> Somach Simmons & Dunn
> 8050 North Palm Avenue, Suite 300
> Fresno, CA 93711
> Telephone: (559) 432-7553
> Facsimile: (559) 432-7566
> E-Mail: jmcdonald@somachlaw.com

Ms. McDonald and Somach Simmons & Dunn are substituting in as counsel in place of Alex Marshall Peltzer, attorney from the law firm of Dooley, Herr, Peltzer & Richardson, LLP. Alex Marshall Peltzer and Dooley, Herr, Peltzer & Richardson, LLP are no longer counsel of record for Saucelito Irrigation District. By their signatures below, the undersigned hereby consent to this substitution.

DATED: June 1, 2010                          SOMACH SIMMONS & DUNN

                                             By: /S/ JACQUELINE L. MCDONALD
                                                 JACQUELINE L. MCDONALD


DATED: June 7, 2010                          DOOLEY HERR PELTZER
                                             & RICHARDSON, LLP

                                             By: /S/ ALEX M. PELTZER
                                                 ALEX M. PELTZER

SIGNATURES CONTINUED ON NEXT PAGE

*NRDC v. Rodgers*
USDC Eastern District Case No: S-88-1658-LKK-GGH                     -2-

SUBSTITUTION OF ATTORNEYS

1 | DATED: June 1, 2010                            SAUCELITO IRRIGATION DISTRICT

By: /S/ SEAN P. GEIVET
      SEAN P. GEIVET, General Manager

IT IS SO ORDERED.

Dated: June 8, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

*NRDC v. Rodgers*
USDC Eastern District Case No: S-88-1658-LKK-GGH

-2-

SUBSTITUTION OF ATTORNEYS