GREGORY K. WILKINSON, Bar No. 054809
ROBERT SAWYER, Bar No. 067417
ANTHONY J. VAN RUITEN, Bar No. 256087
BEST BEST & KRIEGER LLP
400 Capitol Mall, Suite 1650
Sacramento, CA  95814
Telephone: (916) 325-4000
Facsimile: (919) 325-4010
E-Mail: Gregory.Wilkinson@bbklaw.com
E-Mail: Robert.Sawyer@bbklaw.com
E-Mail: Anthony.Vanruiten@bbklaw.com

Attorneys for Friant Defendants, Defendant-Intervenor
Friant Water Users Authority and Proposed Substituted
Defendant-Intervenor Friant Water Authority

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, INC., et al., | Case No.  S-88-1658-LKK/GGH |
| Plaintiffs, | Judge: Hon. Lawrence K. Karlton |
| v. | **STIPULATION AND ORDER SUBSTITUTING PARTY** |
| KIRK RODGERS, a Regional Director of the UNITED STATES BUREAU OF RECLAMATION, et al., | [Fed. R. Civ. P. 25(c)] |
| Defendants. | |
| ORANGE COVE IRRIGATION DISTRICT, et al., | |
| Defendants-Intervenors. | |

////

////

////

////

1

1

**INTRODUCTION**

2      WHEREAS, proposed substituted Defendant-Intervenor Friant Water Authority ("FWA"),

3   proposed to be substituted for Defendant-Intervenor Friant Water Users Authority ("FWUA"),

4   represents that it is a California Joint Powers Authority created pursuant to the California Joint

5   Exercise of Powers Act (California Gov. Code §§ 6500 et seq.);

6      WHEREAS, FWUA and FWA each represent and warrant to the Court, Plaintiffs, Federal

7   Defendants and the Friant Defendants that their powers pursuant to their respective joint powers

8   agreements are substantially similar; that their respective memberships are at this time identical;

9   and that FWA's membership includes, but is not limited to, the following irrigation and water

10  districts, each and every one of which is also at this time a member of FWUA, and each and every

11  one of which is presently a party in the within action and defined as a "Friant Party" in Definition

12  (g) at Page 3 of the parties' Stipulation of Settlement, approved by the court's order entered

13  herein on October 23, 2006 (Doc. #1376) ("Stipulation of Settlement"): Arvin-Edison Water

14  Storage District, Delano-Earlimart Irrigation District, Exeter Irrigation District, Ivanhoe Irrigation

15  District, Lindmore Irrigation District, Lindsay-Strathmore Irrigation District, Madera Irrigation

16  District, Orange Cove Irrigation District, Porterville Irrigation District, Saucelito Irrigation

17  District, Shafter-Wasco Irrigation District, Stone Corral Irrigation District, Tea Pot Dome Water

18  District[1], Terra Bella Irrigation District, and Tulare Irrigation District;

19     WHEREAS, FWUA and FWA additionally each represent and warrant to the Court,

20  Plaintiffs, Federal Defendants and the Friant Defendants that Fresno Irrigation District and Lower

21  Tule River Irrigation District, each of which is named among the "Friant Division long-term

22  contractors" in Definition (e) at Page 2 of the aforementioned Stipulation of Settlement, is each a

23  member of both FWA and FWUA;

24     WHEREAS, FWUA and FWA additionally each represent and warrant to the Court,

25  Plaintiffs, Federal Defendants and the Friant Defendants that Defendants and Intervenors

26  _____

27  [1] . In certain documents in this matter, including the Stipulation of Settlement, Defendant-Intervenor Tea Pot Dome
    Water District is referred to as "Teapot Dome Water District." The correct name of the agency is Tea Pot Dome

28  Water District, and all parties hereto agree that Tea Pot Dome Water District and "Teapot Dome Water District" are
    one and the same entity.

1 Chowchilla Water District and Southern San Joaquin Municipal Utility District were members of

2 FWUA at the time of entry of the aforementioned Stipulation of Settlement and that neither is

3 presently a member of either FWA or FWUA; however, each joins with all other parties in

4 stipulating to the substitution proposed herein; and,

5      WHEREAS, under Paragraph 40 of the Stipulation of Settlement, the Stipulation of

6 Settlement is binding upon all successors and assigns of FWUA:

7

8          **STIPULATION**

9      THEREFORE, FWUA and FWA represent and between themselves stipulate that FWA

10 has assumed all activities, functions, resources, contracts, obligations, and debts of FWUA,

11 including but not limited to all rights, benefits, responsibilities and obligations arising from the

12 within matter, and more particularly has agreed to be bound by all terms and conditions of the

13 aforementioned Stipulation of Settlement and the San Joaquin River Restoration Settlement Act

14 (P.L. 111-11). Furthermore, the Chairman of each such Board and the General

15 Manager/Consulting General Manager of each of FWA and FWUA, either acting alone on behalf

16 of his respective entity, is authorized to execute all documents related thereto; and

17      FURTHER, based on the foregoing representations and warranties, which are

18 incorporated here, all parties herein, by and through their respective attorneys of record, stipulate

19 and agree as follows:

20     1.    Upon entry of an Order approving this Stipulation;

21         a.  FWUA shall no longer be a party to the within action;

22         b.  FWA shall be substituted as a party in the within action in the place and

23            stead of FWUA, and shall be bound by all proceedings and Orders issued

24            herein, including but not limited to the Order approving Stipulation of

25            Settlement (Doc. # 1376);

26         c.  FWA shall be subject to the San Joaquin River Restoration Settlement Act

27            (P.L. 111-11) as if it were a party to the Stipulation of Settlement at the

28            time the San Joaquin River Restoration Settlement Act was enacted into

3

1     law and be bound by all actions taken to implement the Settlement to date;

2     and,

3          d.   FWA hereby acknowledges actual notice of the within action and all files

4               herein, subjects itself to the jurisdiction of this court in the within action,

5               and agrees to accept notice and service of process by and through its

6               attorneys of record herein.

7     2.     This substitution of FWA in place of FWUA is made pursuant to Federal Rule of

8     Civil Procedure 25(c);

9     3.     This Stipulation may be executed in counterparts, including multiple signature

10    pages and signature pages executed and transmitted electronically, all electronically executed

11    copies  shall be deemed originals for all purposes, and all executed counterparts shall be deemed a

12    single document for all purposes; and,

13    4.     The parties agree upon the entry of, and respectfully request of the court that it

14    enter herein in the form attached and incorporated herein, its Order approving this Stipulation.

4

1         IT IS SO STIPULATED.

2

3   DATED: July 20, 2010

4               NATURAL RESOURCES DEFENSE COUNCIL,
            SHEPPARD MULLIN RICHTER & HAMPTON LLP
5               ALTSHULER BERZON LLP

6

7               By */S/ Hamilton Candee*
            Hamilton Candee
            Attorneys for Plaintiffs
8               Natural Resources Defense Council, *et al.*

9

10  DATED: July 16, 2010

11

12              UNITED STATES DEPARTMENT OF JUSTICE
            NATURAL RESOURCES SECTION, ENVIRONMENT &
            NATURAL RESOURCES DIVISION
13

14              By  */S/ Stephen M. Macfarlane*
            David B. Glazer
15              Stephen M. Macfarlane
            Attorneys for Defendants
16              KIRK RODGERS, *et al.*

17

18  DATED: July 14, 2010

19              By  */S/ Ronald D. Jacobsma*
            Ronald D. Jacobsma
20              Consulting General Manager, Friant Water Users Authority
            General Manager, Friant Water Authority
21

22  *///*

23  *///*

24  *///*

25

26

27

28
                    5

1  DATED: July 19, 2010

2

3          DOOLEY HERR PELTZER & RICHARDSON, LLP

4          By  */S/ Alex M. Peltzer*
             Alex M. Peltzer
5          Attorneys for Defendants-Intervenors,
             Porterville Irrigation District, Stone Corral Irrigation District,
6          Tea Pot Dome Water District, and Tulare Irrigation District

7  DATED: July 15, 2010

8

9          SOMACH SIMMONS & DUNN

10         By */S/ Jacqueline McDonald*
             Jacqueline McDonald
11         Attorneys for Defendants-Intervenors,
             Saucelito Irrigation District

12

13  DATED: July 13, 2010

14

15         MINASIAN, SPRUANCE, MEITH, SOARES & SEXTON, LLP

16         By */S/ Jeffrey A. Meith*
             Jeffrey A. Meith
17         Attorneys for Defendants-Intervenors,
             Delano-Earlimart Irrigation District, Exeter Irrigation
18         District, Ivanhoe Irrigation District, Lindmore
             Irrigation District, Lindsay-Strathmore Irrigation
19         District, Orange Cove Irrigation District, and Terra Bella
             Irrigation District
20

21  DATED: July 17, 2010

22

23         YOUNG WOOLDRIDGE, LLP

24         By */S/ Ernest A. Conant*
             Ernest A. Conant
25         Attorneys for Defendants-Intervenors,
             Arvin-Edison Water Storage District, Shafter-Wasco
26         Irrigation District, and Southern San Joaquin
             Municipal Utility District
27

28

                                            6

1  DATED: July 30, 2010

2
                    STAMMER, MCNIGHT, BARNUM & BAILEY LLP
3

4                  By */S/ Bruce J. Berger*
                    Bruce J. Berger
5                  Attorneys for Defendant-Intervenor,
                    Chowchilla Water District
6

7
    DATED: July 16, 2010
8

9                    STOEL RIVES, LLP

10

11                 By */S/ Michael A. Campos*
                    Michael A. Campos
                    Attorneys for the Defendant-Intervenor,
12                  Madera Irrigation District

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        7

1

**ORDER**

2

3        Pursuant to the foregoing stipulation of the parties, and good cause appearing therefore:

4        IT IS HEREBY ORDERED that the foregoing Stipulation be and hereby is approved.

5        IT IS FURTHER ORDERED that pursuant to Rule 25(c) of the Federal Rules of Civil

6   Procedure, Friant Water Authority is hereby substituted in the place and stead of Friant Water

7   Users Authority.

8

9   Dated:  August 4, 2010

10

11

12                                          LAWRENCE K. KARLTON
                                            SENIOR JUDGE
13                                          UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER