1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7                    FOR THE EASTERN DISTRICT OF CALIFORNIA

8  NATURAL RESOURCES DEFENSE
   COUNSEL, et al.,
9
                Plaintiffs,
10
                v.                               CIV. NO. S-88-1658 LKK/GGH
11
   DONALD R. GLASER, as Regional
12 Director of the United States
   Bureau of Reclamation, et al.,
13
                Defendants.
14 _____/

15 ORANGE COVE IRRIGATION DISTRICT,
   et al.,
16
                Defendants-Intervenors.
17 _____/

18 FRIANT WATER AUTHORITY, a
   political subdivision of the
19 State of California, and LOWER
   TULE RIVER IRRIGATION DISTRICT,
20 a California irrigation district,
                                                 CIV. NO. F-12-0583 LJO/SMS
21              Plaintiffs,

22              v.

23 UNITED STATES DEPARTMENT OF
   THE INTERIOR, et al.,                         RELATED CASE ORDER
24
                Defendants.
25 _____/

26

1

1    Examination of the above-entitled actions reveals that

2  the cases are related within the meaning of Local Rule 123(a) (E.D.

3  Cal. 2011).

4    Accordingly, the assignment of the matters to the same judge

5  and magistrate judge is likely to effect a substantial savings of

6  judicial effort and is also likely to be convenient for the

7  parties.

8    The parties should be aware that relating the cases under

9  Local Rule 123 merely has the result that the actions are assigned

10 to the same judge and magistrate judge; no consolidation of the

11 actions is effected.  Under the regular practice of this court,

12 related cases are generally assigned to the judge and magistrate

13 judge to whom the first filed action was assigned.

14    IT IS THEREFORE ORDERED that the action denominated CIV. NO.

15 F-12-0583 LJO/SMS, and the same hereby is, reassigned to Judge

16 Lawrence K. Karlton and Magistrate Judge Gregory G. Hollows for all

17 further proceedings.  Any dates currently set in the reassigned

18 case only, are hereby VACATED.

19    Henceforth, the caption on documents filed in this

20 reassigned case shall be shown as CIV. NO. F-12-0583 LKK/GGH.

21    IT IS FURTHER ORDERED that the Clerk of the Court make

22 appropriate  adjustment in the assignment of civil cases to

23 compensate for this reassignment.

24    DATED:  May 14, 2012.

25

26                              LAWRENCE K. KARLTON
                               SENIOR JUDGE
                               UNITED STATES DISTRICT COURT

                                    2