IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATURAL RESOURCES DEFENSE
COUNSEL, et al.,

    Plaintiffs,

    v.          CIV. NO. S-88-1658 LKK/GGH

DONALD R. GLASER, as Regional
Director of the United States
Bureau of Reclamation, et al.,

    Defendants.
_____/

ORANGE COVE IRRIGATION DISTRICT,
et al.,

    Defendants-Intervenors.
_____/

FRIANT WATER AUTHORITY, a
political subdivision of the
State of California, and LOWER
TULE RIVER IRRIGATION DISTRICT,
a California irrigation district,

          CIV. NO. F-12-0583 LJO/SMS

    Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF
THE INTERIOR, et al.,      <u>RELATED CASE ORDER</u>

    Defendants.
_____/

1    Examination of the above-entitled actions reveals that
2 the cases are related within the meaning of Local Rule 123(a) (E.D.
3 Cal. 2011).
4    Accordingly, the assignment of the matters to the same judge
5 and magistrate judge is likely to effect a substantial savings of
6 judicial effort and is also likely to be convenient for the
7 parties.
8    The parties should be aware that relating the cases under
9 Local Rule 123 merely has the result that the actions are assigned
10 to the same judge and magistrate judge; no consolidation of the
11 actions is effected.  Under the regular practice of this court,
12 related cases are generally assigned to the judge and magistrate
13 judge to whom the first filed action was assigned.
14    IT IS THEREFORE ORDERED that the action denominated CIV. NO.
15 F-12-0583 LJO/SMS, and the same hereby is, reassigned to Judge
16 Lawrence K. Karlton and Magistrate Judge Gregory G. Hollows for all
17 further proceedings.  Any dates currently set in the reassigned
18 case only, are hereby VACATED.
19    Henceforth, the caption on documents filed in this
20 reassigned case shall be shown as CIV. NO. F-12-0583 LKK/GGH.
21    IT IS FURTHER ORDERED that the Clerk of the Court make
22 appropriate  adjustment in the assignment of civil cases to
23 compensate for this reassignment.
24    DATED:  May 14, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2