```
 1
 2
 3
 4
 5
 6
 7                          UNITED STATES DISTRICT COURT
 8                        EASTERN DISTRICT OF CALIFORNIA
 9
    FRIANT WATER AUTHORITY, a
10  California joint powers
    authority, et al.,
11
              Plaintiffs,
12
                   v.                       CIV. F-14-765 LJO/BAM
13
    SALLY JEWELL, as Secretary of
14  the UNITED STATES DEPARTMENT
    OF THE INTERIOR, et al.,
15
              Defendants
16  _____/
    NATURAL RESOURCES DEFENSE
17  COUNCIL, et al.,
18            Plaintiffs,
                                            CIV. S-88-1658 LKK/GGH
19                 v.
20  KIRK RODGERS, a Regional
    Director of the UNITED STATES
21  BUREAU OF RECLAMATION, et al.,
22            Defendants.
    _____/
23
24       The court is in receipt of a Notice of Related Cases filed
25  herein on May 22, 2014.  (ECF No. 1421.)  Grassland Water District
26  and Grassland Resources Conservation District ("Grassland
```

Parties"), two of the defendants in <u>Friant Water Authority v. Jewell</u>, No. 1:14-cv-00765-LJO-BAM, contend that the latter case is related to the instant case within the meaning of Local Rule 123(a).

Whatever the substantive merits of the Grassland Parties' position, relation is not warranted. The undersigned will be assuming inactive status effective October 1, 2014. As a result, even if the cases were ordered related, the matter would be assigned to a new judge within a few months, thereby obviating any "savings of judicial effort" or avoidance of "substantial duplication of labor." Local Rule 123(a). Under these circumstances, I DECLINE to relate the cases.

IT IS SO ORDERED.

DATED: May 27, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT