1  Lauren J. Caster (SBN 311195)
   Email:  lcaster@fclaw.com
2  FENNEMORE CRAIG, P.C.
   2394 East Camelback Road, Suite 600
3  Phoenix, Arizona 85016-3429
   Tel.:  (602) 916-5367   Fax:  (602) 916-5567
4

5  Attorneys for Defendant/Intervenor
   FRIANT WATER AUTHORITY, SUCCESSOR IN
6  INTEREST TO FRIANT WATER USERS
   AUTHORITY
7

8                      UNITED STATES DISTRICT COURT

9         EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISION)

10

11  NATURAL RESOURCES DEFENSE          Case No.  2:88-cv-01658-JAM-GGH
    COUNCIL, et al.,
12                                     **REQUEST FOR APPROVAL OF**
                  Plaintiff,           **ADDITION OF COUNSEL AND REMOVAL**
13                                     **OF FORMER GENERAL COUNSEL FOR**
    v.                                 **FRIANT WATER AUTHORITY,**
14                                     **SUCCESSOR IN INTEREST TO**
    KIRK RODGERS, as Regional Director of  **DEFENDANT AND INTERVENOR FRIANT**
15  the UNITED STATES BUREAU OF        **WATER USERS AUTHORITY, AND**
    RECLARATION, et al.,               **ORDER THEREON**
16
                  Defendants.
17
    _____
18
    ORANGE COVE IRRIGATION
19  DISTRICT, et al.,

20                Defendants-Intervenors

21

22        FRIANT WATER AUTHORITY ("FRIANT"), successor in interest to Defendant and

23  Intervenor FRIANT WATER USERS AUTHORITY, requests that this Court approve the

24  addition of the following as additional counsel for FRIANT in this action, along with Lauren J.

25  Caster of Fennemore Craig, P.C.:

26

27                                              CASE NO. 2:88-CV-01658-JAM-GGH
                                   -1-              REQUEST FOR APPROVAL OF
28                                                  SUBSTITUTION OF ATTORNEY

1

2

Donald M. Davis (SBN 169163)
E-mail:  ddavis@bwslaw.com
Gregory J. Patterson (SBN 136665)
E-mail:  gpatterson@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 SOUTH FLOWER STREET, SUITE 2400
LOS ANGELES, CA. 90071
TEL: 213.236.0600   FAX: 213.236.2700

3

4

5

6

Jennifer T. Buckman, former General Counsel of FRIANT, is no longer associated with

7

FRIANT and should be removed from the list of counsel for FRIANT in this action.

8

9

Dated:  July _____, 2017                               FENNEMORE CRAIG, P.C.

10

11

By:_____
              Lauren J. Caster

12

Counsel of Record for Defendant/Intervenor
FRIANT WATER AUTHORITY, SUCCESSOR

13

IN INTEREST TO FRIANT WATER USERS
AUTHORITY

14

15

Dated:  July _____, 2017                               _____
              Jason Phillips, Chief Executive Officer

16

FRIANT WATER AUTHORITY, SUCCESSOR IN
INTEREST TO FRIANT WATER USERS

17

AUTHORITY

18

Appointment as additional counsel accepted.

19

Dated:  July _____, 2017                               BURKE, WILLIAMS & SORENSEN, LLP

20

21

By:_____
              Gregory J. Patterson

22

Attorneys for Defendant/Intervenor

23

FRIANT WATER AUTHORITY, SUCCESSOR
IN INTEREST TO FRIANT WATER USERS

24

AUTHORITY

25

26

27

28

-2-

CASE NO. 2:88-CV-01658-JAM-GGH
REQUEST FOR APPROVAL OF
SUBSTITUTION OF ATTORNEY

ORDER

IT IS SO ORDERED.

Dated:   7/24/2017                     /s/ John A. Mendez_____

Honorable District Court Judge John A. Mendez
United States District Court Judge

CASE NO. 2:88-CV-01658-JAM-GGH
REQUEST FOR APPROVAL OF
SUBSTITUTION OF ATTORNEY