ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

JEFFREY N. CANDRIAN (Colo. 43839)
Trial Attorney
Environment and Natural Resources Division
United States Department of Justice
999 18th St. N. Terrace #600
Denver, CO 80202
Tel: (202) 532-3093
Fax: (303) 844-1350
Email: jeffrey.candrian@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*, | ) NO. 2:88-cv-01658-JAM-GGH |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| | ) |
| | ) |
| KIRK RODGERS, as Regional Director of the | ) |
| UNITED STATES BUREAU OF RECLAMATION, *et al.*, | ) **ORDER APPROVING** |
| | ) **AMENDMENTS** |
| | ) **TO STIPULATION** |
| Defendants, and | ) **OF SETTLEMENT** |
| | ) |
| | ) |
| | ) |
| ORANGE COVE IRRIGATION DISTRICT, *et al.,* | ) |
| | ) |
| Defendants-Intervenors. | ) |

Plaintiffs Natural Resources Defense Council, et al., Defendants Kirk Rodgers, et al., and Defendants-Intervenors Orange Cove Irrigation District, et al. (collectively, "Parties"), jointly request approval of amendments to the Stipulation of Settlement ("Settlement") entered by this Court on October 23, 2006 (ECF No. 1377).  The amendments: (1) extend the period to pursue the

1

remedy provided for in Paragraph 20 of the Settlement, (2) extend this Court's jurisdiction over this litigation provided for in Paragraph 25 of the Settlement, and (3) add Lower Tule River Irrigation District to the definition of "Friant Parties" in paragraph (g) on page 3 of the Settlement. The Court, having reviewed the amendments to the Settlement, which have been approved by all Parties, orders as follows:

IT IS HEREBY ORDERED that the amendments to the Settlement, attached as **Exhibit 1**, are hereby approved.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the Settlement, as provided in the amended Paragraph 25 of the Settlement, for disputes that may arise among the Parties concerning the interpretation or implementation of the Settlement and the amendments to the Settlement.  The Court shall also retain continuing jurisdiction over the Settlement, as provided in the amended Paragraph 25 of the Settlement, until the later of (i) July 1, 2042, or (ii) a motion is brought pursuant to Paragraph 20 of the Settlement, and the matter is finally resolved as provided in the amended Paragraph 20 of the Settlement.

**IT IS SO ORDERED**.

Dated: June 09, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE