IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>KIRK RODGERS, as Regional Director of the UNITED STATES BUREAU OF RECLAMATION, *et al.*,<br><br>Defendants,<br><br>vs.<br><br>ORANGE COVE IRRIGATION DISTRICT, *et al.*,<br>Defendant-Intervenors. | Case No.: 2:88-cv-01658-JAM-GGH<br><br>**ORDER FOR JOINDER OF ADDITIONAL DEFENDANTS (ECF No. 1486)**<br><br>(Federal Rules of Civil Proc., Rule 25(c))<br><br>Re: ECF Docket No. 1486 |

**Before the Court is the motion of** Kern-Tulare Water District, Hills Valley Irrigation District, Kaweah Delta Water Conservation District, and Tri-Valley Water District ("Movants") filed July 30, 2026 (ECF No. 1486), requesting that each of the Movants be joined to the action as Defendants, pursuant to subdivision (c) of Rule 25 of the Federal Rules of Civil Procedure.

The motion was served on July 30, 2026, and no opposition has been filed. On September 8, 2026, Plaintiffs filed a Notice of Non-Opposition on September 8, 2026 (ECF No. 1488.)

The Court, having reviewed the motion and supporting papers, and good cause appearing therefore, the motion of Kern-Tulare Water District, Hills Valley Irrigation District, Kaweah

Delta Water Conservation District, and Tri-Valley Water District to be joined as Defendants in the instant action (ECF No. 1486) is **GRANTED**.

In addition, the hearing on the motion initially set for September 22, 2026, at 1:00 p.m. in Courtroom 6 of this Court is hereby **VACATED**.

IT IS SO ORDERED.

Dated: September 14, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE