AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**Eastern District of California**

NATURAL RESOURCES DEFENSE COUNCIL

Plaintiff (s),

V.

KIRK RODGERS, as Regional Director of the UNITED STATES BUREAU OF RECLAMATION, et al. .

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:88-CV-01658-JAM-GGH

Notice is hereby given that, subject to approval by the court, Tri-Valley Water District (Party (s) Name) substitutes Kaitlin S. Bursey of Baker Manock & Jensen PC (Name of New Attorney), State Bar No. 327665 as counsel of record in place of Kenneth J. Richardson of Peltzer Richardson & Koontz. (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Baker Manock & Jensen PC

Address: 5260 N. Palm Avenue, Suite 201 Fresno CA 93704

Telephone: 559-432-5400 Facsimile 559-432-5620

E-Mail (Optional): ksbursey@bakermanock.com

I consent to the above substitution.

Date: 27 October 2026

(Signature of Party (s))

Dennis Keller, on behalf of Tri-Valley Water District

I consent to being substituted.

Date: 11-2-2026

(Signature of Former Attorney (s))

Kenneth J. Richardson

I consent to the above substitution.

Date: 11-18-2026

(Signature of New Attorney)

Kaitlin S. Bursey

The substitution of attorney is hereby approved and so ORDERED.

Date: ______________________

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**